## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| PENN STREET, L.P., | : No. 134 MAL 2014 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| EAST LAMPETER TOWNSHIP ZONING HEARING BOARD, | : |
| Respondent | : |
| EAST LAMPETER TOWNSHIP, | : |
| Intervenor | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.